Case 1:10-cv-11518-DJC   Document 1   Filed 09/07/10   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR J. DISCIPIO, <br><br> Plaintiff, <br><br> v. <br><br> ANACOMP, INC., HOWARD DRATLER, JEFFREY CARTWRIGHT, MICHAEL E. TENNENBAUM, ALAN B. HOWE, MICHAEL LEITNER and PHIL TSENG, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Anacomp, Inc. ("Anacomp") hereby petitions this Honorable Court for removal of this action from the Superior Court of the Commonwealth of Massachusetts for Middlesex County to the United States District Court for the District of Massachusetts, based on the following:

1.      Anacomp is a defendant in a civil action brought against it in the Superior Court of the Commonwealth of Massachusetts for Middlesex County entitled Arthur J. DiScipio v. Anacomp, Inc., Howard Dratler, Jeffrey Cartwright, Michael E. Tennenbaum, Alan B. Howe, Michael Leitner and Phil Tseng, Civil Action No. 10-3346. Copies of the Summons and Order of Notice, Proof of Service of Process, Verified Complaint, Plaintiff's Motion for Appointment of Special Process Server, Civil Action Cover Sheet, and Scheduling Order for X Track are attached to this Notice and constitute all the processes, pleadings, and orders served upon or by Anacomp in this action to the present date.

2.    The aforesaid action was commenced by the filing of the Complaint with the Clerk of Court for the Superior Court of Middlesex County, Massachusetts, on or about September 3, 2010.

3.    Anacomp was served with the Summons and Verified Complaint on September 3, 2010. This Notice for Removal is filed within thirty (30) days after service of process.

4.    The state court action is an action over which this Court may exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332, and is therefore removable pursuant to 28 U.S.C. § 1441(a) and (b).

5.    Plaintiff is a resident of Massachusetts. Anacomp is an Indiana corporation with its principal place of business in San Diego, California. The amount in controversy exceeds $75,000, exclusive of interest and costs.

6.    To the best of Anacomp's knowledge and belief, (a) it is the only defendant that has been served to date; and (b) each of the other named defendants is a resident of California.

7.    Pursuant to United States District Court Local Rule 81.1, Anacomp will file certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, including a copy of this Notice of Removal, with this Court within twenty-eight (28) days after filing of this Notice.

WHEREFORE, Anacomp respectfully requests that the above action now pending against it in the Superior Court of the Commonwealth of Massachusetts for the County of Middlesex be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,

ANACOMP, INC.,

By its attorneys,


/s/ Thomas E. Shirley
Thomas E. Shirley, BBO No. 542777
Lisa Gaulin, BBO No. 654655
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
tshirley@choate.com
lgaulin@choate.com

Dated:  September 7, 2010

-3-

4725692v1