UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ARTHUR J. DISCIPIO**


**V.**                                                    **CIVIL ACTION NO. 10-11518-DJC**


**ANACOMP, INC.**


## ORDER OF DISMISSAL


CASPER, D.J.

In accordance with the Memorandum and Order dated July 11, 2011, the Court Orders that Defendants' Motion to Dismiss is Allowed to the extent that the plaintiffs severance pay claim under the Massachusetts Wage Act be dismissed and to the extent a stay is requested as to all other claims in the amended complaint and that these claims be referred to arbitration pursuant to the arbitration clause in the employment agreement.


July 12, 2011                                       /s/ Lisa M. Hourihan
                                                           Deputy Clerk