UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ARTHUR J. DISCIPIO**

**V.**                                                   CIVIL ACTION NO. **10-11518-DJC**

**ANACOMP, INC., ET AL**

## PROCEDURAL ORDER OF DISMISSAL

CASPER, J.

In order to avoid the necessity for counsel to appear at periodic status conferences and so that the court may efficiently manage its docket, the court orders that the above-entitled action be, and it hereby is, dismissed without prejudice, pending completion and termination of the arbitration. The action shall be restored to the docket upon motion of any party (which motion shall make specific reference to this order) if it appears from the motion that further proceedings in this court are required following the completion and termination of the arbitration. If no such motion is filed within thirty days following the completion and termination of the arbitration, this order shall constitute the final order terminating the action with prejudice.

SO ORDERED.

_/s/ Denise J. Casper_____
United States District Judge

July 14, 2011