UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR J. DISCIPIO,

        Plaintiff,

v.

ANACOMP, INC., HOWARD DRATLER,
JEFFREY CARTWRIGHT, MICHAEL E.
TENNENBAUM, ALAN B. HOWE,
MICHAEL LEITNER and PHIL TSENG,

        Defendants.

)
)
)
)
)
)  Civil Action No. 10-11518-DJC
)
)
)
)
)
)
)

**JOINT MOTION TO DISMISS/STAY CLAIMS
AGAINST INDIVIDUAL DEFENDANTS**

Plaintiff Arthur J. DiScipio and Defendants Howard Dratler, Jeffrey Cartwright,

Michael E. Tennenbaum and Phil Tseng (collectively, the "Individual Defendants")

jointly move to (1) dismiss the Massachusetts Wage Act (the "Wage Act") claims against

the Individual Defendants to the extent such claims are based on Plaintiff's allegations

that severance pay was wrongfully withheld from him; and (2) stay all remaining claims

against the Individual Defendants and refer such claims to arbitration.  As grounds for

this Joint Motion, the parties state as follows:

1.      After Plaintiff filed suit against his former employer, Defendant Anacomp,

Inc. ("Anacomp") in Massachusetts state court, Anacomp removed the action to this

Court on September 7, 2010.  Plaintiff's Amended Complaint against Anacomp alleges

violations of the Wage Act as well as breaches of various agreements between Plaintiff

and Anacomp.

4921748v1

2.      The Employment Agreement between Plaintiff and Anacomp contains an arbitration provision that requires "[Plaintiff] and the Company . . . to arbitrate any controversy, claim or dispute between them arising out of or in any way related to [the Employment] Agreement, their employment relationship, and any disputes upon termination of employment . . . ."  As the term is used in the arbitration provision, "the Company" includes "Anacomp, Inc. and all . . . [of its] employees, supervisors, officers, [and] directors . . . ."

3.      Based on the aforementioned arbitration provision, Anacomp moved to dismiss and/or stay Plaintiff's Amended Complaint.

4.      On July 11, 2011, this Court dismissed Plaintiff's claim for severance pay under the Wage Act.  This Court also stayed and referred all other claims against Anacomp to arbitration.

5.      At the time of the Court's July 11, 2011 Order, Plaintiff had not yet served the Individual Defendants.  He did so in late July and early August 2011.  The Amended Complaint alleges various violations of the Wage Act against each of the Individual Defendants, including alleged violations for failure to provide severance pay.

6.      In accordance with the Court's July 11, 2011 Order, the parties have agreed that the Court's dismissal of Plaintiff's claim against Anacomp for severance pay under the Wage Act applies to and has the same force and effect with respect to this same claim against the Individual Defendants.  See Stipulation Regarding Arbitrability of Claims, ¶ 3, filed herewith.

7.      Each of the Individual Defendants is a current or former officer or director of Anacomp.  Based on the explicit language of the Employment Agreement referenced

4921748v1

above, the scope of the arbitration provision encompasses the Wage Act claims brought against them.  As such, and in accordance with the Court's July 11, 2011 Order, the parties respectfully request that the remaining claims against the Individual Defendants be stayed and referred to arbitration.  See id. ¶¶ 3-4.

WHEREFORE, the parties respectfully request that this Court, in accordance with its July 11, 2011 Order, (1) dismiss the Massachusetts Wage Act claims against the Individual Defendants, to the extent such claims involve the Individual Defendants' alleged failure to pay Plaintiff severance; and (2) stay and refer to arbitration Plaintiff's remaining claims against the Individual Defendants.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| ARTHUR J. DISCIPIO, | ANACOMP, INC., HOWARD DRATLER, JEFFREY CARTWRIGHT, MICHAEL E. TENNENBAUM AND PHIL TSENG, |
| By his attorney, | By their attorneys, |
| /s/ *Stanley M. Poster, Esq.* | /s/ *Thomas E. Shirley, Esq.* |
| Stanley M. Poster, BBO No. 404120 | Thomas E. Shirley, BBO No. 542777 |
| 33 Sleeper Street, No. 309 | Lisa Gaulin, BBO No. 654655 |
| Boston, MA 02210-1200 | CHOATE, HALL & STEWART LLP |
| Tel.: (617) 834-3910 | Two International Place |
| stanleymposter@netscape.net | Boston, MA 02110 |
| | Tel.: (617) 248-5000 |
| | tshirley@choate.com |
| | lgaulin@choate.com |

Dated:  August 18, 2011

4921748v1

## LOCAL RULE 7.1(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Lisa M. Gaulin, hereby certify that I conferred with Plaintiff's counsel, Stanley M. Poster, Esq., prior to filing this Motion. Both parties have agreed to the relief sought by this Motion.

*/s/ Lisa M. Gaulin*

## CERTIFICATE OF SERVICE

I, Thomas E. Shirley, hereby certify that this document filed through the ECF system on August 18, 2011 will be sent electronically and via email to Stanley M. Poster, Esq., Plaintiff's counsel, who is identified on the Notice of Electronic Filing as a registered participant.

*/s/ Thomas E. Shirley*

4921748v1