UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| ARTHUR J. DISCIPIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 10-11518-DJC |
| | ) |
| ANACOMP, INC., HOWARD DRATLER, | ) |
| JEFFREY CARTWRIGHT, MICHAEL E. | ) |
| TENNENBAUM, ALAN B. HOWE, | ) |
| MICHAEL LEITNER and PHIL TSENG, | ) |
| | ) |
| Defendants. | ) |
| | ) |

_____

## STIPULATION REGARDING ARBITRABILITY OF CLAIMS

Plaintiff Arthur J. DiScipio, Defendant Anacomp, Inc. ("Anacomp"), and Defendants

Howard Dratler, Jeffrey Cartwright, Michael E. Tennenbaum and Phil Tseng (the "Individual

Defendants") hereby AGREE and STIPULATE as follows:

1.      By Order dated July 11, 2011, this Court (1) dismissed Plaintiff's claim for

severance pay under the Massachusetts Wage Act in this action, and (2) stayed and referred all

other claims in the Amended Complaint to arbitration.

2.      At the time of the Court's July 11, 2011 Order, Plaintiff had only served

Anacomp.  Thereafter, in late July and early August 2011, Plaintiff served the Amended

Complaint on the Individual Defendants.

3.      The parties hereby stipulate and agree that (a) the Court's dismissal of Plaintiff's

claim against Anacomp for severance pay under the Massachusetts Wage Act applies to and has

the same force and effect with respect to this same claim against the Individual Defendants; (b)

the remaining claims against the Individual Defendants should be stayed pursuant to the Court's

July 11, 2011 Order; (c) the Individual Defendants waive any rights they may have to a jury trial with respect to Plaintiff's remaining claims against them, all of which will be arbitrated in the same arbitration proceeding and under the same terms and conditions as his remaining claims against Anacomp; and (d) if Plaintiff pursues any claims against Messrs. Howe and Leitner, such claims are subject to arbitration and will be arbitrated in the same proceeding and under the same terms and conditions as the claims against Anacomp and the Individual Defendants.

4.    In furtherance of this Stipulation, the parties will file the accompanying Joint Motion to Dismiss/Stay Claims Against Individual Defendants.

Respectfully submitted,

Plaintiff,

ARTHUR J. DISCIPIO,

By his attorney,

/s/ *Stanley M. Poster, Esq.*
Stanley M. Poster, BBO No. 404120
33 Sleeper Street, No. 309
Boston, MA 02210-1200
Tel.: (617) 834-3910
stanleymposter@netscape.net

Defendants,

ANACOMP, INC., HOWARD DRATLER, JEFFREY CARTWRIGHT, MICHAEL E. TENNENBAUM AND PHIL TSENG,

By their attorneys,

/s/ *Thomas E. Shirley, Esq.*
Thomas E. Shirley, BBO No. 542777
Lisa Gaulin, BBO No. 654655
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
tshirley@choate.com
lgaulin@choate.com

Dated:  August 18, 2011

-3-

## CERTIFICATE OF SERVICE

I, Thomas E. Shirley, hereby certify that this document filed through the ECF system on August 18, 2011 will be sent electronically and via email to Stanley M. Poster, Esq., Plaintiff's counsel, who is identified on the Notice of Electronic Filing as a registered participant.

*/s/ Thomas E. Shirley*

-3-

4921747v1